Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 0 9 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Tanika Shavonne Cox
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Stewart Title & Trust of Phoenix
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV20-02389-PHX-DJH
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LRCivP 5.4
(Rule Number/Section)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.   **The Parties to This Complaint**

   A.   **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Tanika Shavonne Cox
   Street Address: 15009 S 39th Street
   City and County: Phoenix, Maricopa
   State and Zip Code: Arizona 85044
   Telephone Number: (623) 313-0236
   E-mail Address: TanikaCox@yahoo.com

   B.   **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: David Fennell
- Job or Title (if known): Director of Escrow Processing
- Street Address: 2930 E Camelback Rd Suite 210
- City and County: Phoenix Maricopa
- State and Zip Code: AZ 85016
- Telephone Number: (602) 462-8028 Cell (480) 221-1892
- E-mail Address (if known): David.Fennell@Stewart.com

Defendant No. 2
- Name: Maiken ~~McDonald~~ McDaniel
- Job or Title (if known): Order Entry & Escrow Processing
- Street Address: 2930 E Camelback Rd Suite 210
- City and County: Phoenix Maricopa
- State and Zip Code: AZ 85016
- Telephone Number: (602) 628-4702
- E-mail Address (if known): ~~Maiken.McDonald@Stewart.com~~ Maiken.McDaniel@Stewart.com

Defendant No. 3
- Name: Jamie Gardner
- Job or Title (if known): SR. HR Business Partner
- Street Address: 8880 Rio San Diego Drive
- City and County: San Diego, San Diego
- State and Zip Code: CA 92108
- Telephone Number: (818) 296-7285
- E-mail Address (if known): Jamie.Gardner@Stewart.com

Defendant No. 4
- Name: Craig Martin
- Job or Title (if known): SR. Implementation Manager
- Street Address:
- City and County: Spring Valley
- State and Zip Code: CA
- Telephone Number:
- E-mail Address (if known): Craig.Martin@Stewart.com

Defendant 5 on Back
Defendant 6 on Back

Defendant #5 Dylan King
Job or Title    Division President
Street Address  2930 E Camelback Rd #210
City and County Phoenix  Maricopa
State and Zip Code  AZ  85016
Telephone Number  (602) 462-8004
Email Address  Dylan.King@Stewart.Com

Defendant #6  Leslie Barnes
Job or Title   Escrow Operations Manager
Street Address 2930 E Camelback Rd #210
City and County Phoenix, Maricopa
State and Zip Code AZ 85016
Telephone Number (602) 462-8002
Email Address  Leslie.Barnes@Stewart.Com

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

    Name                Stewart Title & Escrow
    Street Address     2930 E Camelback Rd #210
    City and County   Phx Maricopa
    State and Zip Code   AZ 85016
    Telephone Number   (602) 462-8000

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[X] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[X] Other federal law *(specify the federal law)*: Title VII, 29 CFR Part 1604

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

I also allege that ….

Stewart Title and Trust of Phoenix located at

2930 E Camelback Rd #210, Phoenix, AZ 85016

Wrongfully Terminated me based on retaliation for complaints to HR as well as complaints about

How I was talked to and treated by Escrow Staff and Management. Claiming it was for my

"Team Approach & Communicative Style"

The bulk of the work and orders in which my department is responsible for were mostly handled by myself. My Supervisor David Ferrell was aware of an injury I had been complaining about for months prior to the date I called out sick on 4/17/2019 the date I was terminated. I had already been encouraged to file a Workmans Comp claim by Stewarts Associate for these types of matters, Patti Rankin. Due to no one caring or sending an Ergonomics associate to investigate my condition I continued to work in a painful state and endure the bulk of the workload while being in office. Once they realized I was filing for FMLA and seeking a Dr. for Treatment that's when they decided to use a single incident that happened months prior to the 4/17/2019 date, which I had Never been given a Verbal warning or Written warning for, to use against me and now it somehow called for my Termination of employment.

*[Signature]*
8/26/2019

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [x] Failure to promote me.
- [x] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [x] Other acts *(specify)*: Inappropriate Comments At Work

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) 2018 Through 2019 Until the End of Employment

C. I believe that defendant(s) *(check one)*:
- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [x] race — African American
- [x] color — Black
- [x] gender/sex — Female/Lesbian
- [ ] religion
- [ ] national origin
- [ ] age (year of birth) _____ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)* Arm Injury From Work

E. The facts of my case are as follows. Attach additional pages if needed.

> This Company was Fine with Allowing Me to Carry Both The "Weight" and Errors of my team but began to give pushback when I started Questioning Practices & Procedures which Seem to Only Apply To Me

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

  A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

  5/20/2020

  B. The Equal Employment Opportunity Commission *(check one)*:

  ☐ has not issued a Notice of Right to Sue letter.

  ☒ issued a Notice of Right to Sue letter, which I received on *(date)* 10/1/2020.

  *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

  C. Only litigants alleging age discrimination must answer this question.

  Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

  ☐ 60 days or more have elapsed.

  ☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

> I would like to be Compensated for the Gas Invested in Returning into the office when everyone else was able To work From Home 15 miles There and back Cost 60.00 per wk Dry Cleaning For Business Attire and new clothes 2000.00

Business Attire Shoes $1000.00 Because There was Not a Cafe on Site Lunches Daily in Expensive Restaurants In the Area of The Office $4800.00 Mental Stress, Embarrassment, Physical Stress, Emotional Stress, Harrassment, Bullying, Lying - $250,000.00 Library, Kinkos FedEx Fees Trips & Buying Supplies, Faxing Copies etc

### VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/8/2020

Signature of Plaintiff  *T. Cox*
Printed Name of Plaintiff  Tanika Cox

**B.   For Attorneys**

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Phoenix District Office**

3300 N. Central Avenue, Suite 690
Phoenix, AZ 85012-2504
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Phoenix Status Line: (602) 640-5000
TTY (602) 640-5072
FAX (602) 640-5071

Tanika S. Cox
15009 S. 39th Street
Phoenix, AZ 85044

Subject:   Dismissal of Charge
           Charge Number:540-2019-04617C

Dear Ms. Cox:

The purpose of this letter is to inform you that the EEOC has concluded its investigation of the above-referenced charge of employment discrimination. After reviewing the information in the file including the information you submitted, the EEOC does not believe that additional investigation would result in our finding a violation.

The EEOC has terminated its investigation into your allegations. While we fully understand that the parties to a charge often have very firm views that the available evidence supports their respective positions, our final determinations must comport with our interpretation of the available evidence and the laws we enforce. This letter, and the enclosed documents, will dismiss your case and no further action will be taken by the EEOC.

Enclosed is your Dismissal and Notice of Right to Sue. The Dismissal and Notice will explain your right to pursue the matter in court. If you want to pursue your charge, you may do so on your own by filing in Federal District Court within *90-days from the date that delivery of the Notice was <u>attempted</u> at your last known address of record or 90 days of receipt of the Notice, whichever is earlier. If you do not file a lawsuit within the required 90-day period, your right to file a lawsuit in this matter will expire and cannot be restored by EEOC.*

If you have any questions, please feel free to contact me at (602) 661-0015.

Sincerely,

*Jeremy Yubeta*

9/9/2020
_____
Date

_____
Jeremy Yubeta
Enforcement Supervisor

EEOC Form 161 (11/16)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Tanika S. Cox
15009 S. 39th Street
Phoenix, AZ 85044

From: Phoenix District Office
3300 North Central Ave
Suite 690
Phoenix, AZ 85012

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 540-2019-04617 | Jeremy A. Yubeta, Enforcement Supervisor | (602) 661-0015 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Elizabeth Cadle,
District Director

9/9/2020 (Date Mailed)

Enclosures(s)

cc: Director
Human Resources
STEWART TITLE & TRUST
2930 E Camelback Road, Suite 210
Phoenix, AZ 85016

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| | | |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>540-2019-04617 |

__ARIZONA ATTORNEY GENERAL'S OFFICE, CIVIL RIGHTS DIVISION__ and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)*<br>MISS TANIKA S COX | Home Phone<br>(623) 313-0236 | Year of Birth |
|---|---|---|
| Street Address<br>15009 S. 39TH STREET, | City, State and ZIP Code<br>PHOENIX, AZ 85044 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>STEWART TITLE AND TRUST | No. Employees, Members<br>Unknown | Phone No.<br>(602) 462-8000 |
|---|---|---|
| Street Address<br>2930 E CAMELBACK ROAD, SUITE 210, | City, State and ZIP Code<br>PHOENIX, AZ 85016 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[X] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-01-2018    Latest: 04-17-2019
[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began working for Respondent on or about March 21, 2017. When the branch in Tempe, AZ closed I was the only employee retained and subsequently moved to my most recent location in Phoenix, AZ.

Before going to the Phoenix location I was interviewed by my future supervisor David Ferrell, a white male and Maiken McDaniel, a white female. During my interview I revealed my sexuality to both as my partner was already employed in the office. I believe that McDonald made more money than me.

During my tenure, A manager, Craig Martin, called me a 'Hood Rat'.

During my tenure I complained to Human Resources approximately six times between May 2017 through April 2019. My complaints centered around mean, unprofessional emails I was getting from people in our Escrow department.

When I initially began working for Ferrell I attended lunch with him and McDonald after having been in

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Digitally signed by Tanika Cox on 05-20-2020 01:37 AM EDT | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>540-2019-04617 |
|---|---|---|

| ARIZONA ATTORNEY GENERAL'S OFFICE, CIVIL RIGHTS DIVISION | and EEOC |
|---|---|
| *State or local Agency, if any* | |

the office for two and six months. The way they interacted in public made me uncomfortable, so I stopped taking lunches with them. However, their hour and a half lunches left me to work the queue alone when McDonald was supposed to be working it with me.

One day while in the bathroom, an Escrow Officer asked to look at my shoes then told me it was really masculine coming in here like that.

On or about March 21, 2019 I was retaliated against for going to HR about tone and demands in emails from escrow and made to come back into the office to work instead of being able to work from home. Dylan King, the Division President of Phoenix, told David Ferrell he was 'Skeptical' about allowing me to work from home before I ever had done so with this company and not based on my performance or number of orders I prepared. I was the only person mandated to work in the office, everyone else had the option to work from home and were all Caucasian. I was bothered and talked to loudly within the office to 'Not get comfortable' in a desk no one sat in or used. My office was the only office without windows and was put together from a closet that was being used to hold boxes. It was also the only office with no door.

On or about April 17, 2019 I called in sick. Ferrell told me that I only had four hours of sick leave, so I needed to come in to work. I called Jamie Gardner in Human Resources and said Im feeling bullied, my boss is calling, telling me I need to come in to work because I only have 4 hours of leave. I told him I feel I'm not being treated fairly because I'm being pressured to come in when I'm not feeling well but Maiken takes off time all the time. I dont feel I'm getting the same benefit when Im not well. Gardner said he would call and talk to Ferrell and King.

Later, on April 17, 2019 I received a call from Gardner and Dylan during which I was discharged.

I believe I have been retaliated against for filing internal complaints and discriminated against due to my race, black and my sex female in violation of Title VII of the Civil Rights Act of 1964, as amended, in that I was harassed and terminated due to my sexual orientation and or my failure to conform to gender stereotypes and/or sex-based preferences, assumptions, expectations, stereotypes, or norms.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally signed by Tanika Cox on 05-20-2020 01:37 AM EDT** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Phoenix District Office
3300 N. Central Ave., Suite 690
Phoenix, AZ 85012

PHOENIX AZ 852
9 SEP 2020 PM 10 L



Tanika S. Cox
15009 S. 39th Street
Phoenix, AZ 85044

85044-667509