1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

7
8

| | |
|---|---|
| Tanika Shavonne Cox, | No. CV-20-02389-PHX-DJH |
| Plaintiff, | **ORDER/NOTICE PURSUANT TO FED. R. Civ. P. 4(M)** |
| v. | |
| Stewart Title & Trust of Phoenix, et al., | |
| Defendants. | |

9
10
11
12
13
14
15
16

The Federal Rules of Civil Procedure and the Local Rules of Civil Procedure apply to all proceedings in this case.[1]  On December 9, 2020, *pro se* Plaintiff filed a Complaint and an Application for Leave to Proceed In Forma Pauperis ("IFP") (Docs. 1 & 2).  On January 4, 2021, the Court granted Plaintiff IFP status and, after screening the Complaint under 28 U.S.C. § 1915(e)(2)(B), found that Plaintiff's Complaint stated plausible causes of relief.  (Doc. 5).  Accordingly,

17
18
19
20
21
22

**IT IS ORDERED** that Plaintiff must either serve each Defendant or seek a waiver of service for each Defendant within 90 days of this Order.  If Plaintiff does not either obtain a waiver of service of the summons or complete service of the Summons and Complaint on a Defendant within 90 days of the filing of this Order, the action may be dismissed as to each Defendant not served.  Fed. R. Civ. P. 4(m).

23
24
25
26

**THIS CONSTITUTES PLAINTIFF'S NOTICE UNDER RULE 4(m) THAT IF PLAINTIFF HAS NOT APPROPRIATELY SERVED ANY**

27
28

---

[1]  The Court advises Plaintiff of the Handbook for Self-Represented Litigants, which contains helpful information about proceeding without an attorney and is available through the Court's website: http://www.azd.uscourts.gov/handbook-self-represented-litigants under the section "for those Filing Without an Attorney."

**DEFENDANT WITHIN 90 DAYS FROM THE FILING OF THIS ORDER, THAT DEFENDANT WILL BE DISMISSED WITHOUT PREJUDICE FROM PLAINTIFF'S LAWSUIT.**

**IT IS FURTHER ORDERED** that if, for good reason, Plaintiff cannot serve the Summons and Complaint on a Defendant within 90 days, Plaintiff may, prior to the expiration of the 90-day period, file with the Court a request for an extension of time in which to serve the Summons and Complaint. In that request, Plaintiff should set forth the reason why Plaintiff has not accomplished service and request a specific short period of time in which to accomplish such service on any Defendant. If the Court believes Plaintiff's reason constitutes "good cause," it will authorize a brief additional period in which Plaintiff can then serve the Defendant(s).

**IT IS FURTHER ORDERED** that the person who serves a Defendant with the Summons and Complaint is required by the rules to file an affidavit with the Court to prove that the Defendant was served in compliance with Fed. R. Civ. P. 4(l). Therefore, Plaintiff needs to be sure that prior to 90 days from the date of this Order, whoever serves the Summons and Complaint on each Defendant files an affidavit with this Court demonstrating that they accomplished proper service.

**IT IS FINALLY ORDERED** directing the Clerk of Court to terminate any or all Defendant(s) in this matter, without further notice or order from the Court, that have not been served within the time required by Fed. R. Civ. P. 4(m) on April 5, 2021.

Dated this 5th day of January, 2021.

Honorable Diane J. Humetewa
United States District Judge

- 2 -